UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED BY_____D.C.

05 JUN -7 PM 3:09

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN, JACKSON

UNITED STATES OF AMERICA

-vs-

Case No. 1:05cr10035-001T

JAMES S. HILL

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending trial.

No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required or the safety of any other person and the community.

This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

### DIRECTIONS REGARDING DETENTION

JAMES S. HILL is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. JAMES S. HILL shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   June 7, 2005

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10035 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT